**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-6128**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES VASSELL,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. W. Craig Broadwater, District Judge. (CR-89-190, CA-95-11-2)

─────────

Submitted: July 22, 1999          Decided: July 27, 1999

─────────

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

James Vassell, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Vassell appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Vassell, Nos. CR-89-190; CA-95-11-2 (N.D.W. Va. Jan. 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED